**ORIGINAL**



```
Doc # 2013013979
Page 1 of 9
Date: 9/12/2013 11:25A
Filed by: MAIL
Filed & Recorded in Official Records
of COUNTY OF LAKE
DOUGLAS W. WACKER
COUNTY RECORDER
Fee: $31.00
```

1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (CSBN 412811)
   Chief, Criminal Division
4  DAVID B. COUNTRYMAN (CSBN 226995)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, 11th Floor
       San Francisco, CA 94102
7      Telephone: 415.436.7303
       Facsimile: 415.436.7234
8      Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0515 CRB |
| Plaintiff, | |
| v. | **NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |
| RYAN ALAN BALLETTO, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that an action has been commenced in the above-entitled Court pursuant to a Bill of Particulars for Forfeiture of Property, a copy of which is attached hereto as Exhibit A, filed by the United States of America on September 6, 2013, to secure a judicial forfeiture of real property and improvements located at 19205 E. Highway 20, Clearlake Oaks, California (Assessors Parcel Number 010-009-440-000), and further described as Parcel Four in Exhibit B, which is attached hereto.

///

///

In the Bill of Particulars for Forfeiture of Property, plaintiff alleges that the said real property is subject to forfeiture pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2).

The owners of record to the said real property are Ryan Balletto, a single man and Daniel Sintov, a single man as joints tenants.

Dated: September 6, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

to be served via certified mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Ryan Balletto
2210 Woodland Drive
Ukiah, CA 95482

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of September, 2013, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
FSA Paralegal
Asset Forfeiture Unit

NOTICE OF LIS PENDENS
CR 13-0515 CRB

3

**EXHIBIT A**

MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7303
    Fax: (415) 436-7234
    E-Mail: david.countryman@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> RYAN ALAN BALLETTO, <br>     Defendant. | No. CR 13-0515 CRB <br><br> UNITED STATES' FIRST BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

The United States of America, by and through Melinda Haag, United States Attorney for the Northern District of California, and David Countryman, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The indictment in this matter seeks forfeiture of property pursuant to 21 U.S.C. §§ 853(a)(1) and (a)(2). The United States hereby gives notice that, pursuant to those provisions, the United States is seeking forfeiture of the following properties:

- Real property located at 19205 E. State Highway 20, Clearlake Oaks CA (APN# 010-009-440-000);

USA BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY
CASE NO. CR 13-0515 CRB

1  - Real property located at 19185 E. State Highway 20, Clearlake Oaks CA (APN# 010-009-450-000);
2
3  - Real property located at 750 Junction Plaza Rd., Clearlake, CA (APN# 010-055-350-000);
4  - Real property located at 870 Junction Plaza Rd., Clearlake, CA (APN# 010-055-360-000);
5
6  - Real property located at 990 Junction Plaza Rd., Clearlake, CA (APN# 010-055-420-000);

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 9/5/13

DAVID COUNTRYMAN
Assistant United States Attorney

USA BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY
CASE NO. CR 13-0515 CRB

**EXHIBIT B**

Legal Description

The following described property in the City of Clearlake Oaks, County of Lake, State of California:

Parcel One

The East half of the Southeast quarter of Section 1, Township 13 North, Range 7 West, M.D.B. & M., and as set forth in that certain instrument entitled Certificate of Compliance by the Community Development Director, Lake County Community Develop Dept., recorded April 1, 1997, Document No. 97-004554, Official Records Lake County.

Excepting therefrom, an undivided one-half interest in all mineral rights, including thermal rights to heat, fluid and steam, without right of surface entry, as reserved in the Deed from Audrey Weger, as Executrix of the Last Will of Edna Jones, deceased, to David L. James, recorded August 25, 1969, in Book 603 of Official Records of Lake County at Page 30.

Tax ID: 010-055-360-000

Parcel Two:

The Northeast quarter of Section 1, Township 13 North, Range 7 West, M.D.B. & M., and as set forth in that certain instrument entitled Certificate of Compliance by the Community Development Director, Lake County Community Develop Dept., recorded Apr 1, 1997, Document No. 97-004556, Official Records of Lake County.

Excepting therefrom an undivided 1/2 interest in all mineral rights, including thermal rights to heat, fluid and steam, as reserved in the Deed from Audrey Weger, as Executrix of the Estate of Edna Jones, deceased, to David L. James, dated August 4, 1969, recorded August 4, 1969, recorded August 25, 1969, in Book 603 of official records of Lake County at Page 30.

Tax ID : 010-055-350-000

Parcel Three:

Lots 4, 5 and 6 of Section 6, Township 13 North, Range 6 West, M.D.M., Pursuant to Certificate of Compliance, recorded August 21 1997, Document No. 97-014251, Official Records of Lake County.

Excepting therefrom an undivided 1/2 interest in all mineral rights, including thermal rights to heat, fluid and steam, as reserved in the deed from Audrey Weger, as executrix of the estate of Edna Jones, deceased, to David L. James, dated August 4, 1969, recorded August 4, 1969, recorded August 25, 1969, in Book 603 of Official Records of Lake County at Page 30.

Tax ID : 010-009-450-000

Parcel Four

Lot 7 of Section 6, Township 13 North, Range 6 West, M.D.M., Pursuant to Certificate of Compliance recorded April 1, 1997. Document No. 97-004551, Official Records of Lake County.

Excepting therefrom an undivided 1/2 interest in all mineral rights, including thermal rights to heat, fluid and steam, as Reserved in the deed from Audrey Weger as executrix of the estate of Edna Jones, deceased, to David L. James, dated August 4, 1969, recorded August 25, 1969, in Book 603 of Official Records of Lake County Page 30.

Also excepting from said Lot 7, all uranium, thorium or any other materiel which is or may be determined to be particularly essential to the productions of fissionable materials, as reserved in the patents from the United States of America to Edna Jones, dated February 3, 1949, recorded March 21, 1949, in Book 200 of Official Records of Lake County at Page 439.

Tax ID : 010-009-440-00

Parcel Five

A non-exclusive easement for ingress, egress, public and private utilities over that certain existing roadway as delineated on the Record of Survey Map filed December 29, 1999 in Book 68, Pages 48 and 49 of Record of Survey Maps in the Office of the County Recorder of Lake County.