1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Matthew.mccarthy@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           ) CASE NO. 13-0515 CRB
14                                     )
        Plaintiff,                     ) STIPULATED  ORDER CONTINUING
15                                     ) STATUS CONFERENCE
      v.                               )
16                                     )
   RYAN BALLETTO,                      )
17                                     )
        Defendant.                     )
18                                     )
                                       )
19

20

21

22

23

24

25

26

27

28

   [PROPOSED] STIPULATED  ORDER CONTINUING STATUS CONFERENCE
   CR 14-0275 CRB

The above-captioned case is currently scheduled for a status conference on June 5, 2015. However, counsel for the defendant in involved in a jury trial before the Honorable Jeffrey S. White, and will be unavailable for several weeks. Accordingly, the parties jointly request that the status conference be continued to August 19, 2015.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from June 5, 2015 through August 19, 2015 for effective preparation and continuity of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO STIPULATED.


DATED 6-4-2015                    MELINDA HAAG
                                  United States Attorney
                                  Northern District of California


                                  _____/s/_____
                                  MATTHEW L. McCARTHY
                                  Assistant United States Attorney



                                  _____/s/_____
DATED 6-4-2015                    JAMES THOMSON
                                  Attorney for Defendant

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB

# ORDER

For good cause shown, this matter shall be added to the Court's calendar on August 19, 2015 at 2:00 p.m. for a status conference.

In addition, for the reasons stated above, the Court finds that an exclusion of time from June 5, 2015 through August 19, 2015 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.

IT IS SO ORDERED.

DATED: June 4, 2015

HON. CHARLES R. BREYER
United States District Court Judge

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 14-0275 CRB